UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON SUBSCRIBING TO
POLICY NO. SRD382505R1,

    Plaintiff,

vs.                              CIVIL ACTION NO. 13-10046-CV-MARTINEZ

ROGER WILLIAMS, MARY WILLIAMS
and MICHAEL J. DALSIN,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order, dated February 27, 2013, Plaintiff CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER SRD382505R1 (hereinafter "Underwriters"), by and through its undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, and sets forth as follows:

(1) The names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have a financial interest in the outcome of this case including all subsidiaries, conglomerates, affiliates and parent corporations, and all other identifiable legal entities related to any party in this case:

    Certain Underwriters At Lloyd's, London Subscribing to Policy No. SRD382505R1

    Hiscox Dedicated Corporate Member, LTD

    Patricia A. McLean, Esq.

      Stella J. Lane, Esq.

      Sarah B. Van Schoyck, Esq.

      Phelps Dunbar LLP

      Roger Williams

      Mary Williams

      Michael J. Dalsin

      Ari A. Sweetbaum, Esq.

      Daniels Kashtan

(2)     At all pertinent times, Certain Underwriters at Lloyd's, London subscribing to Policy Number SRD382505R1 describes those Lloyd's syndicates that subscribe to the policy issued to Defendants Roger Williams and Mary Williams.  Lloyd's Syndicate 33 (Hiscox) is the sole Lloyd's syndicate subscribing to Policy Number SRD382505R1.  Syndicate 33 is a fully aligned syndicate, which is to say that 100% of its underwriting capital is provided by Hiscox Dedicated Corporate Member, Ltd., which has its principal place of business in London, England.

(3)     Hiscox Dedicated Corporate Member, Ltd. is 100% owned by parent corporation Hiscox Plc., which is owned by grandparent corporation, Hiscox Limited – Publicly Traded 100%.

Dated March 11, 2013.

        **PHELPS DUNBAR LLP**

        /s/ Sarah B. Van Schoyck
        Patricia A. McLean, Esq.
        Fla. Bar No. 129143
        mcleanp@phelps.com
        Stella J. Lane, Esq.
        Fla. Bar No. 0024942
        lanes@phelps.com
        Sarah B. Van Schoyck, Esq.
        Fla. Bar No. 070979
        vanschos@phelps.com
        100 South Ashley Drive • Suite 1900
        Tampa, Florida 33602-5311
        (813) 472-7550
        (813) 472-7570 (FAX)
        **Attorneys for CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. SRD382505R1**